■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND O. Fox, JR., Appellant. [698 NYS2d 177] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.— Attempted Sexual Abuse, 1st Degree.) Present—Denman, P. J., Green, Scudder, Callahan and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE E. BROWN, Appellant. [698 NYS2d 187] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Attempted Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Scudder, Callahan and Balio, JJ.